IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON JONES, | CASE NO. CV F 12-1797 LJO GSA |
| Plaintiff, | **ORDER TO VACATE HEARING** |
| vs. | (Docs. 4, 6.) |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On November 30, 2012, plaintiff filed a first amended complaint as a matter of course under F.R.Civ.P. 15(a). As such, this Court VACATES the January 3, 2013 hearing on the defense pending F.R.Civ.P. 12 motions and will take no further action on the motions. This Court directs the clerk to term docs. 4 and 6. This Court ORDERS defendants, no later than December 31, 2012, to file a response to the first amended complaint.

IT IS SO ORDERED.

**Dated:   December 3, 2012**               /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE